# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN CLOSE and CORRINA CLOSE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 2:22-cv-00308-JAM-AC<br><br>Senior Judge: Hon. John A. Mendez<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs DUSTIN CLOSE and CORRINA CLOSE ("Plaintiffs") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 23, 2022, and Defendant FCA US, LLC's has agreed FCA will pay $10,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68 and $10,000.00 for Attorney's Fees, Costs, and Expenses as outlined in the Parties' Joint Stipulation.

　　**IT IS SO ORDERED.**

Dated:  January 12, 2023　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE